Elizabeth M. Jones, Appellee, v. Illinois Iowa Power Company, Appellant.

Gen. No. 9,741.

Heard in this court at February term, 1942; opinion filed April 8, 1942. Miller, Westervelt, Johnson & Guenther, for appellant; Eugene R. Johnson and John D. Thomason, of counsel; Frank A. Hall, for appellee. Opinion by JUSTICE WOLFE. "Not to be published in full."